# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

JACOB COLBY SPRADLIN,

        Plaintiff,

v.                                                  CIVIL ACTION NO. 3:19-0363

OFFICER HENSON, correctional
officer of the Western Regional Jail
and Correctional Facility,

        Defendant.

## MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court grant Defendant's Motion for Summary Judgment (ECF No. 9); dismiss the complaint and amended complaint, with prejudice (ECF No. 2, 5); and remove this case from the docket of the Court. Neither party has filed objections to the Magistrate Judge's findings and recommendations.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **GRANTS** Defendant's Motion for Summary Judgment (ECF No. 9); **DISMISSES** the complaint and amended complaint, with prejudice (ECF No. 2, 5); and **REMOVES** this case from the docket of the Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: October 25, 2019

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE